JS - 6
E-FILED 07/17/2013

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 24 Hour Fitness USA, Inc. )<br>)<br>)<br>Plaintiff, )<br>)<br>vs. )<br>National Union Fire Insurance Co. )<br>of Pittsburgh, PA )<br>)<br>Defendants. )<br>_____) | CASE NO. CV 11-8088 GHK (RZx)<br><br>**ORDER OF DISMISSAL** |

   The Court having been advised by counsel for the parties that the above-entitled action has been settled,

   **IT IS ORDERED** that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause shown within **60 days**, to reopen the action if settlement is not consummated.

Dated: 7/17/13

GEORGE H. KING
Chief United States District Judge